IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS | : : : : : : | MDL 875 <br><br> OHIO NORTHERN *(MARDOC)* |

### O R D E R

**AND NOW** on this **1st** day of **August, 2011**, it is hereby **ORDERED** that the actions attached hereto and listed as *Exhibit "A"* are hereby dismissed pursuant to Plaintiffs' counsel.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.